```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

FREDDIE O. CASTELLO, III                              CIVIL ACTION

VERSUS                                                NO. 02-1082

CITY OF NEW ORLEANS, ET AL.                           SECTION "A"(5)

## ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff's complaint should be and is hereby **DISMISSED WITH PREJUDICE**.

January 3, 2007

_____
UNITED STATES DISTRICT JUDGE